United States District Court
Southern District of Texas
**ENTERED**
July 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RASHUN MANN, KEITH SMITH, MONICA BRYANT, DESMOND DOUGLAS, and ATAHSIA SMILEY, on behalf of themselves and others similarly situated, Plaintiffs, | § § § § § § § | CIVIL ACTION NO: 4:19-cv-3935 JUDGE CHARLES ESKRIDGE |
| v. | § § | |
| THE WORKFORCE GROUP, LLC, Defendant. | § § § | JURY DEMANDED |

## **ORDER**

On this day came on to be considered the *Fourth Agreed Motion for Continuance and Request for New Scheduling and Docket Control Order*, and the Court having reviewed the motion finds that it should be granted. It is, therefore,

ORDERED that the *Fourth Agreed Motion for Continuance and Request for New Scheduling and Docket Control Order* is hereby GRANTED.

IT IS FURTHER ORDERED that a new Scheduling and Docket Control Order will be issued in this case with the following deadlines:

| Proposed Deadline | |
|---|---|
| 9/30/2021 | Deadline to complete pre-certification, non-expert discovery |
| 11/1/2021 | Deadline to file Amended Certification motion and/or motions for summary judgment. |
| 12/13/2021 | Deadline to complete mediation |
| 5/31/2022 | Deadline for the party with the burden of proof to designate expert witnesses and serve expert reports |
| 6/30/2022 | Deadline for the opposing party to designate experts and serve expert reports. |

| | |
|---|---|
| 7/29/2022 | Deadline for the parties to complete post certification and expert discovery |
| 8/31/2022 | Deadline to file Daubert and pre-trial motions |
| 9/27/2022 | **Docket call** at 9:30 a.m. |

SO ORDERED.

Signed on ___July 23, 2021___, at Houston, Texas.

                                                     Sam Sheldon
                                                    United States Magistrate Judge