IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RASHUN MANN, KEITH SMITH, MONICA BRYANT, DESMOND DOUGLAS, and ATAHSIA SMILEY, on behalf of themselves and others similarly situated, | § § § § § § | CIVIL ACTION NO: 4:19-cv-3935 |
| Plaintiffs, | § § | JUDGE CHARLES ESKRIDGE |
| v. | § § § | |
| THE WORKFORCE GROUP, LLC, Defendant. | § § | JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the Parties' *Joint Motion to Dismiss With Prejudice*, requesting this matter be dismissed with prejudice and that all cost be paid by the party incurring the same.

IT IS THEREFORE ORDERED that the *Joint Motion to Dismiss With Prejudice* is GRANTED.

IT IS ORDERED that this matter is hereby dismissed with prejudice to refiling the same and that all costs shall be paid by the party incurring the same.

Signed this 9th day of March, 2022.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE